IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BAYER HEALTHCARE LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.: 05-CV-2193-CM/DJW |
| RED CART MARKET, INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

### JUDGMENT AND ORDER GRANTING PERMANENT INJUNCTION

On May 11, 2005, Bayer HealthCare LLC ("Bayer") commenced this action by filing a Complaint against Defendants Wilbur G. Lee and Red Cart Market, Inc. ("Defendants") for violations of the Lanham Act including trademark infringement, unfair competition and dilution and violations of the Kansas Revised Trademark Act. This matter is currently before the Court on the parties' Stipulation for Entry of Judgment and for Entry of Permanent Injunction. Defendant has consented to entry of this Judgment and Order for permanent injunctive relief requested by Plaintiff. Having reviewed this Stipulation, the Court finds that Judgment and a Permanent Injunction should be and is hereby GRANTED.

IT IS HEREBY ORDERED that:

1. Defendants and any of their principles, co-owners, partners, subsidiaries, affiliated companies, all successors and assigns of said companies and individuals, and the officers, agents, partners, servants and employees of all of them and all others acting in concert or participation with them, are permanently enjoined and restrained from importing, marketing, selling or distributing in the United States animal flea control preparations bearing either the Advantage®

or the K9 Advantix™ marks and which are manufactured by Bayer or any of its affiliates for sale and use exclusively outside of the United States ("Foreign Advantage" and "Foreign Advantix") and/or which were not manufactured by Bayer or any of its affiliates ("Counterfeit Advantage" and "Counterfeit Advantix").

2. Defendants and any of their principals, co-owners, partners, subsidiaries, affiliated companies, all successors and assigns, and the officers, agents, partners, servants and employees and all others acting in concert or participation with them are ordered to:

    a) Provide Bayer a fully completed and signed diverter response form in the form attached hereto as **Exhibit A**, within ten (10) days of the execution of this Order;

    b) Provide Bayer with a sworn statement identifying all suppliers from whom it has purchased Foreign Advantage or Foreign Advantix, within ten (10) days of the execution of this Order;

    c) Provide all invoices and documentation in connection with the purchase(s) of the Foreign Advantage or Foreign Advantix within ten (10) days of the execution of this Order;

    d) Turn over to Bayer all Foreign Advantage or Foreign Advantix currently held by Defendants, within ten (10) days of the execution of this Order; and

    e) Pay the sum of Five Thousand Dollars ($5,000) to Bayer within ten (10) days of the execution of this Order.

3. The parties agree that this Court will enter judgment against Defendants and in favor of Bayer in the amount of One-hundred Thousand Dollars ($100,000.00) subject to the

following:

    a)     the sum of One-hundred Thousand Dollars ($100,000.00) will not be due or payable, will not become a lien on any property, will not be executed upon, will not draw interest and will not be filed anywhere other than in this Court, unless and until there has been a judicial finding by this Court that paragraph 1 of this Judgment and Injunction Order has been violated by Defendants.

IT IS ORDERED that Judgment is entered awarding Plaintiff a Permanent Injunction on the terms set forth herein, and the Court will retain jurisdiction over this matter for the purpose of enforcement of the Permanent Injunction if any violation by the Defendants occurs.

IT IS SO ORDERED.

Dated this 15th day of September, 2005.

                                           s/ Carlos Murguia
                                           United States District Judge

For BAYER HEALTHCARE LLC

By: *[signature]*
Robert J. Edwards, Esq.
Daniel R. Zmijewski, Esq.
Polsinelli Shalton Welte Suelthaus PC
700 West 47th Street, Suite 1000
Kansas City, MO 64112-1802
Telephone No. (816) 753-1000
Fax No. (816) 753-1536


For DEFENDANTS RED CART MARKET, INC. and WILBUR G. LEE

WALLACE, SAUNDERS, AUSTIN,
BROWN & ENOCHS, CHTD.